IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            : | |
|                                       : | |
|            Plaintiff,                 : | |
|                                       : | |
| v.                                    : | |
|                                       : | Civil Action No. 05-752-GMS |
|                                       : | |
| REAL PROPERTY KNOWN AS 525 MASON      : | |
| DRIVE, NEW CASTLE, DELAWARE,          : | |
|                                       : | |
|            Defendant.                 : | |

## ORDER

WHEREAS, a Verified Complaint in Rem was filed on October 27, 2005 (D.I. 1). The Complaint alleged that the Defendant in rem was forfeit to the United States because it constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 and because it was involved in an illegal monetary transaction in violation of 18 U.S.C. § 1957;

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, notice of said forfeiture action was sent to Artega Green and Countrywide Financial Corporation, parties with an alleged interest in the property. (D.I. 33, ¶3);

WHEREAS, Artega Green and Countrywide Financial Corporation filed claims (D.I. 7, 9) which claims were withdrawn or settled (D.I. 25, 30);

WHEREAS, no other claims or responses were filed against the Defendant in rem, as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

NOW, THEREFORE, IT IS HEREBY ORDERED this 3rd day of Dec       ,

2007, that:

(1)     the United States' Motion for Default Judgment is GRANTED;

(2)     a Judgment and Decree of Forfeiture be entered by the Clerk pursuant to Fed. R. Civ. P. 58 for the United States and against the Defendant in rem as follows:

   (a)     the Defendant in rem is forfeit to the United States of America and all right, title or interest in the property shall be disposed of in accordance with the terms of applicable law, and all other claims and interest in said property are forever foreclosed and barred.

   (b)     that the United States dispose of said property in the manner provided for upon forfeiture of personalty under applicable law.



HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED

DEC - 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE