IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-752 GMS |
| REAL PROPERTY KNOWN AS 525 MASON DRIVE, NEW CASTLE, DELAWARE, | : |
| Defendant. | : |

**JUDGMENT AND DECREE OF FORFEITURE**

AND NOW TO WIT this 8th day of January, 2008, the Court having granted default judgment in favor of the United States and against the defendant *in rem*,

IT IS ORDERED, ADJUDGED AND DECREED that judgment be and here by is entered in favor of the Plaintiff United States and against the defendant *in rem*,

IT IS FURTHER ORDERED that all right, title and interest in the defendant *in rem* vests in the United States according to applicable law and all other claims or interest in the defendant *in rem* are foreclosed and forever barred.

IT IS FURTHER ORDERED that the Attorney General or the Secretary of the Treasury, or their designee, shall dispose of the defendant *in rem* in a manner consistent with applicable law and regulations, and the settlement agreement filed in this case (D.I. 30).

*Marie McDavid*
DEPUTY CLERK

FILED
JAN - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE