IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 05-752-GMS |
| REAL PROPERTY KNOWN AS 525 MASON DRIVE, NEW CASTLE, DELAWARE | : |
|         Defendant *in rem*. | : |

**WRIT OF ENTRY AND NOTICE OF EVICTION**

WHEREAS, this cause comes before the Court upon the filing of the Motion of the United States of America for Motion For a Writ of Entry and Notice of Eviction as to real property located at 525 Mason Drive, New Castle, Delaware, pursuant to 28 U.S.C. § 1651, for the purpose of seizing the property pursuant to the Judgment and Decree of Forfeiture entered January 8, 2008. D.I. 37;

NOW THEREFORE, IT IS HEREBY ORDERED this 19th day of Feb [handwritten correction from January], 2008, that the United States' motion is GRANTED.

IT IS FURTHER ORDERED that the Commissioner of the Internal Revenue Service, or the United States Marshals Service, or the Sheriff of New Castle County, Delaware, or their designees, be authorized:

1. to enter the real property located at 525 Mason Drive, New Castle, Delaware, including any structures, on one or more occasions during the pendency of the criminal forfeiture action against the real property, for the purpose of conducting an inspection and inventory of the real property;

2. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the real property, which inspection and inventory may include, among other means, still and video photography; and

3. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under the Writ of Entry.

It is further ORDERED that any and all tenants residing at 525 Mason Drive, New Castle Delaware are on notice to vacate and remove all personal effects from said premises within fifteen (15) days of this order, at which time this shall become an order of eviction.

HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED
FEB 1 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE